B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Jarrett Millwork, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>04-3671836 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>20 Cortlandt Street<br>Mount Vernon, NY           ZIP Code: 10550 | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code: | Mailing Address of Joint Debtor (if different from street address):           ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jarrett Millwork, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| # **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jarrett Millwork, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** /s/ Jonathan S. Pasternak
Signature of Attorney for Debtor(s)

Jonathan S. Pasternak
Printed Name of Attorney for Debtor(s)

Rattet Pasternak, LLP
Firm Name

550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
Address

(914) 381-7400  Fax: (914) 381-7406
Telephone Number

August 17, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Salvatore A. Pagnotta
Signature of Authorized Individual

Salvatore A. Pagnotta
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 17, 2011
Date

# United States Bankruptcy Court
## Southern District of New York

In re: Jarrett Millwork, Inc.  
Debtor(s)

Case No.  
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 17, 2011

/s/ Salvatore A. Pagnotta  
Salvatore A. Pagnotta/President  
Signer/Title

31 SOUTH STREET LLC
100 PEARL STREET
MOUNT VERNON, NY 10550


AC GRINDING CORP.
2304 BATH AVNEUE
BROOKLYN, NY 11214


ADCANTA CREDIT CARDS
P.O BOX 5657
HICKSVILLE, NY 11802


ALLSTATE
226 WESTBURY AVENUE
CARLE PLACE, NY 11514


ALLWOOD MACHINERY
P.O BOX 578
MONTVALE, NJ 07645


AMERICAN WOOD INSTALLERS
7 ARBUTUS COURT
COMMACK, NY 11725


ARTICULATE CABINETRY
67 34TH STREET
BROOKLYN, NY 11232


BREAKAWAY COURIER
335 WEST 34TH STREET
NEW YORK, NY 10001


C & V IRON WORKS
2630 FIND AVENUE
BRONX, NY 10461


CAPITAL ONCE CREDIT CARDS
P.O BOX 71083
CHARLOTTE, NC 28272


CAPITAL WASTE SERVICES
555 SAW MILL RIVER ROAD
YONKERS, NY 10701

CENTRE LUMBER & PLYWOOD
C/O ARMSTRONG MADISON & CHASE
1581 ROUT 202
POMONA, NY 10970


CHASE AUTO FINANCE
PO BOX 78101
PHOENIX, AZ 85062-8067


CHASE CARD SERVICES
CARDMEMBER SERVICE
PO BOX 1513
WILMINGTON, DE 19886


CLARIDGE PRODUCTS
C/O EULER HAMES
7-11 SOUTH BROADWAY
WHITE PLAINS, NY 10601


CON EDISON
P.O. BOX 138
NEW YORK, NY 10276-0138


DELL BUSINESS CREDIT
P. O BOX 5275
CAROL STREAM, IL 60197


DELL PREFERRED ACCOUNT
P. O BOX 6403
CAROL STREAM, IL 60197


DESIGN SOURCE
115 BROADWAY
NEW YORK, NY 10002


DUNLEA GLASS & MIRROR INC
147 S. MACQUESTEN PARKWAY
MOUNT VERNON, NY 10550


DYKE LUMBER COMPANY
1899 PARK AVENUE
WEEHAWKEN, NJ 07087

FOREST MFG CO.
457 RIVER ROAD
CLIFTON, NJ 07014

FW HONERKAMP CO. INC.
500 OAK POINT AVENUE
BRONX, NY 10474

HOLLYWOOD KITCHENS
6820 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

HOLT & BUGBEE
1600 SHAWSHEEN STREET
TEWKSBURY, MA 01876

HOME DEPOT CREDIT SERVICE
P.O. BOX 183175
COLUMBUS, OH 43218

INDUSTIRAL FINISHING
485 LOGAN STREET
BROOKLYN, NY 11208

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JARRETT MILLWORK INC.
20 CORTLANDT STREET
MOUNT VERNON, NY 10550

LEE AUERBACH
81 MAIN STREET-SUITE 305
WHITE PLAINS, NY 10601

MANUFACTORING WOODWORKERS ASSO
14 MADISON AVNEUE
VALHALLA, NY 10595

MUNROD UPHOLSTERS
20 CORTLANDT STREET
MOUNT VERNON, NY 10050

NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYC DISTRICT COUNCIL
OF CARPENTERS
395 HUDSON STREET
NEW YORK, NY 10014


NYS DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIV.
STATE CAMPUS BLDG 12 RM 256
ALBANY, NY 12240


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURE
P.O. BOX 5300
ALBANY, NY 12205


NYS DEPT TAX & FINANCE
BANKRUPTCY UNIT-TCD BLDG 8
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


OUTWATER HARDWARE CORPORATION
132 BEAVER BROOK ROAD
LINCOLN PARK, NJ 07035


PHILIP ROVENTINI PC
246 NORTH MAIN STREET
NEW CITY, NY 10956


PNC EQUIPMENT FINANCE
995 DALTON AVENUE
CINCINNATI, OH 45203


POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

PRECISION TOOL & SAW
56 COLFAX AVENUE
CLIFTON, NJ 07013


QUALITIED SOLID SURFACE
333 VREELAND AVENUE
PATERSON, NJ 07513


REISEN SEIDEL HARDWOOD
C/O RUSSELL GOLDMAN PC
121 HIGHWAY 36
WEST LONG BRANCH, NJ 07764


RENAISSANCE SPECIALTY VENEER
P.O. BOX 524
COLUMBUS, IN 47202


ROBERTS PLYWOOD
45 NORTH INDUSTRY COURT
DEER PARK, NY 11729


SOLID TOPS
458 BALTIC STREET
BROOKLYN, NY 11217


SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197


STAPLES CREDIT PLAN
P.O. BOX 689020
DES MOINES, IA 50368


STERNS BANK (EQUIPMENT LEASES)
500 13TH STREET
ALBANY, MN 56307


THE HARTFORD
PO BOX 2907
HARTFORD, CT 06104-2907


TRADE SUPPLY GROUP
51-17 35TH STREET
LONG ISLAND CITY, NY 11101

TRAVELERS INSURANCE
P.O. BOX 660317
DALLAS, TX 75266


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


US VENEER
910 LONGFELLOW ROAD
BRONX, NY 10474


VENEER EMPORIUM
45-57 DAVIS STREET
LONG ISLAND CITY, NY 11101


VENEER PRODUCTS
2435 WATERBURY AVENUE
BRONX, NY 10462


VERIZON
PO BOX 15124
ALBANY, NY 12212-5026


WELCO DISTRIBUTORS/WEST HAVEN LUMBER
P.O. BOX 398
WEST HAVEN, CT 06516


WOOD DESIGNE
5 JOHN WALSH BLVD
PEEKSKILL, NY 10566


WOOD PRO INSTALLERS
26 LILLINONAH DRIVE
BROOKFIELD, CT 06804

**United States Bankruptcy Court**
**Southern District of New York**

| | | | |
|---|---|---|---|
| In re | Jarrett Millwork, Inc. | CaseNo. | |
| | Debtor(s) | Chapter | 11 |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Salvatore A. Pagnotta, declare under penalty of perjury that I am the President of Jarrett Millwork, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of August, 2011.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Salvatore A. Pagnotta, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Salvatore A. Pagnotta, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Salvatore A. Pagnotta, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

| | | |
|---|---|---|
| Date August 17, 2011 | Signed | */s/ Salvatore A. Pagnotta* |
| | | Salvatore A. Pagnotta |

# RESOLUTION

The undersigned is the President and Sole Director of Jarrett Millwork Inc., a corporation organized under the laws of New York (the "Company"). On August 17, 2011, the following resolution was duly adopted by the Sole Director of the Company.

"WHEREAS, it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE BE IT RESOLVED, that Salvatore A. Pagnotta, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company; and

"BE IT FURTHER RESOLVED, that Salvatore A. Pagnotta, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Salvatore A. Pagnotta President of the Company, or any of the Officers of the Company, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Salvatore A. Pagnotta, President of the Company, or any of the Officers of the Company, be and hereby is, authorized and directed to retain and employ Rattet Pasternak, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION**

The below Sole Director of Jarrett Millwork Inc., declares under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

Date: August 17, 2011         Signature: */s/ Salvatore A. Pagnotta*_____
                                          Salvatore A. Pagnotta, President and Sole Director